CN   MAY 1 2 2022

FOR MAILING BY _S.G_

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Stoney Glenn                          ,

Inmate ID Number: A51181          ,

_____ ,

*(Write the full name and inmate ID*
*number of the Plaintiff.)*

4:22CV194 - WS/
                          MJF

Case No.: _N/A_____

*(To be filled in by the Clerk's Office)*

**v.**

A, Ladele D.D director R.MC ,

_____ ,

_____ ,

**Jury Trial Requested?**
☑ YES   ☐ NO

*(Write the full name of each*
*Defendant who is being sued. If the*
*names of all the Defendants cannot*
*fit in the space above, please write*
*"see attached" in the space and*
*attach an additional page with the*
*full list of names. Do not include*
*addresses here.)*

_____ /

FILED USDC FLND TL
NOV 16 '22 PM 8:04

SJB

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: _Stoney Glenn_    ID Number: _A51181_

List all other names by which you have been known: _Stoney, Tony,_

_Hugo, Glenn_

Current Institution: _Santo Raso correctional institution,_

Address: _5850 East Milton Road, Milton, Fl, 32583_

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: _A. Ladele D.O_

   Official Position: _Medical Director_

   Employed at: _RMC_

   Mailing Address: _P.O BOX 628 Lake Butler, Fl,_
   _32054_

   ☑ Sued in Individual Capacity      ☑ Sued in Official Capacity

2. Defendant's Name: _A. Ladele D. D Medical director R.M.C_

Official Position: _Medical Director for R.MC_

Employed at: _Lake Butler Reception and medical institution_

Mailing Address: _P. O Box 628 Lake Butler Fl, 32054_

_____

☑ Sued in Individual Capacity        ☑ Sued in Official Capacity

3. Defendant's Name: ~~Stoney Glen~~

Official Position: _____

Employed at: _____

Mailing Address: _____

_____

☐ Sued in Individual Capacity        ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee   ☐ Civilly Committed Detainee

☑ Convicted State Prisoner   ☐ Convicted Federal Prisoner

☐ Immigration Detainee   ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the ***facts*** which show why you are entitled to relief. Describe how ***each*** Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

The facts that are undisputed is that while I was housed in the hospital part of R.M.C in 2015 Dr Ladele was the director and i was being treated for Nephrodic syndrome that was causing my blood pressure to go very high on the regular. When the "C.N.A"'s take vital signs they report to the nurse if my blood pressure is high and then the doctor on duty would direct to give me somthing to bring my blood pressure down, I was not proscribed anything for this issue that I have on a daily basis at that time while in the hospital, 2015. One day as I was sitting on the toilet my Leg, arm and face went num on the Leftside of my body. I was able to stand up put pull up my paints wash my hands Then when I turned around I fell and hit my head on the ground I fell asleep after calling several times for help. My nurse for that day found me, woke me up asking why am I sleep on the nasty bathroom floor. I was placed in bed and then transported

to Jackson vile hospital were I was told I had brainanurizum

**Statement of Facts Continued** *(Page 2 of 2 )*

were they determined that I had a brain anurizum and now perminent damage, altered mental statuse, seizures, lose of eyes site and hearing impaired. Still in treatment and my Left side hurts none stop.

## V.  STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

The one and only before said defendant to this case Violated plaintiffs rights to Due process cluse of the fourtenth Amendment, If also was a violation to Life wich is a right garronteed by constitution, It was deliberat indifferent Not to treat a known issue of high blood pressure that caused a Stroke

## VI.  RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

The basis for my claims are that I had a near death exspireance that have me derminently impaired, I had and still have very bad Pain none stop I have Altered mental statuse and I am disabled, for my damages I ask for $20,000,000,000

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII.  PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A.  To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☑ YES   ☐ NO

If you answered yes, identify the case number, date of dismissal and court:

1.  Date:_____Case #: _____

    Court: _____

2.  Date:_____Case #: _____

    Court: _____

3.  Date:_____Case #: _____

    Court: _____

*(If necessary, list additional cases on an attached page)*

B.  Have you filed other lawsuits in either ***state or federal court*** dealing with the same facts or issue involved in this case?

☐ YES ☐ NO

If you answered yes, identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case (*if more than one*):

1.  Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

□ YES   □ NO

If you answered yes, identify all lawsuits:

1. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

3. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

5. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

6. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

*(Attach additional pages as necessary to list all cases. **Failure to disclose all prior cases may result in the dismissal of this case.**)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 5/11/22   Plaintiff's Signature: _Stoney Glen_

Printed Name of Plaintiff: Stoney Glen

Correctional Institution: Santa Rosa Correctional C.I.

Address: 5850 East milton Rd.

Milton, Fl . 32583

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☐ delivered to prison officials for mailing or ☐ deposited in**

**the prison's mail system for mailing on the_____day of_____,**

**20____.**


Signature of Incarcerated Plaintiff: _____

NDFL Pro Se 14 (Rev 8/21) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms

13

Stoney Glenn A5081
Santo Rosa corectional institution Annex P-21615
     5850 EastmiltonRD
     Milton Florida, 32583

UNITE
COURT
II NORTH
Tallahasse

Legal
Mail

MAY 1 - 2022

MAILED FROM A STATE
CORRECTIONAL INSTITUTION



US POSTAGE $ PITNEY BOWES

ZIP 32583
02 4W
0000368416 MAY 12 2022

$ 002.56⁰

OSTATESDISTRICT

Dams STREET
Florida, 32031

Legal
Mail